UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENITH PARK,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES YATES, Warden,<br><br>    Respondent. | Case No. CV 05-3957 ODW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

      The Court notes that petitioner's Objections largely take issue with the failure of the Report and Recommendation to address claims contained in a proposed Supplement to the Petition lodged in conjunction with a Motion to

Supplement the Petition which the Magistrate Judge denied in a January 5, 2011 Order ("January Order"). This Court agrees with and adopts the January Order and finds, for the reasons set forth in the January Order, that petitioner's proposed additional claims claims are without merit and do not entitle petitioner to federal habeas relief.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 25, 2011

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE